UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER WILLIAM HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> TULALIP POLICE DEPARTMENT, et al., <br><br> Defendants. | CASE NO. C21-1335 BHS-TLF <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 44. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)  The R&R is **ADOPTED**; and

(2)  Plaintiff's motion for a restraining order, Dkt. 22, is **DENIED**.

Dated this 18th day of April, 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1