UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER WILLIAM HARRIS,

          Plaintiff,

  v.

TULALIP POLICE DEPARTMENT, et al.,

          Defendants.

CASE NO. 2:21-cv-01335-BHS-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 56. The Court having considered the R&R and the remaining record, and no objections having been filed, orders as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's Motion for Amended Information and New Facts, Dkt. 51, is

        **GRANTED in part**;[1]

---

[1] Judge Fricke construed Plaintiff's motion as seeking voluntary dismissal of Tulalip Police Department and leave to file an amended complaint. Dkt. 56 at 1 n.1. Judge Fricke separately addressed Plaintiff's motion for leave to amend. Dkt. 55. This Court grants the remainder of Plaintiff's motion seeking voluntary dismissal of Tulalip Police Department.

ORDER - 1

1      (3)    Defendants' Motion for Judgment on the Pleadings, Dkt. 16, is **DENIED as moot**;

(4)    Plaintiff's Motion for Subpoena of Evidence from Tulalip Police Department, Dkt. 34, is **DENIED as moot**;

(5)    Plaintiff's Motion Request for Information from Tulalip Police Department, Dkt. 39, is **DENIED as moot**;

(6)    Plaintiff's Motion to Dismiss Sovereign Immunity, Dkt. 41, is **DENIED as moot**;

(7)    Plaintiff's Motion for Extension of Time to Obtain Drone Video, Dkt. 49, is **DENIED as moot**; and

(8)    Tulalip Police Department is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2