UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER WILLIAM HARRIS,

        Plaintiff,

v.

JOSE PEREZ, et al.,

        Defendants.

CASE NO. 2:21-cv-01335-BHS-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 63. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Defendant Snohomish County Sheriff's Department is **DISMISSED with prejudice**; and

    (3)    Defendant Snohomish County is **DISMISSED without prejudice**.

//

//

ORDER - 1

1   Dated this 11th day of August, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge