UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER WILLIAM HARRIS,

    Plaintiff,

  v.

JOSE PEREZ,

    Defendant.

CASE NO. C21-1335 BHS

ORDER

THIS MATTER is before the Court on plaintiff Christopher William Harris's court-appointed attorneys' motion to withdraw under Washington Rule of Professional Conduct (RPC) 1.16(a) and (b)(1) and (7), Dkt. 142.

Plaintiff Harris has not responded or objected, and defendant Harris does not object, though he does ask the Court to provide guidance on the Joint Status Report, currently due July 18.

The motion is **GRANTED**. Perkins Coie LLP and attorneys David A. Perez, Eric B. Wolff, and Heath L. Hyatt have **WITHDRAWN**, effective immediately, and their notices of appearance are **TERMINATED**. The Joint Status Report is now due no later

ORDER - 1

than August 30, 2024. *See* Dkt. 141. The Court will attempt to locate alternate counsel for Mr. Harris, but he should be prepared to proceed pro se if it is unable to do so.

**IT SO ORDERED**.

Dated this 16th day of July, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2