1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER WILLIAM HARRIS,

Plaintiff,

v.

JOSE PEREZ,

Defendant.

CASE NO. C21-1335 BHS

ORDER

13        THIS MATTER is before the Court on pro se plaintiff Christopher Harris's

14   supplemental status report, Dkt. 165, and on Harris's renewed motion for legal counsel,

15   Dkt. 166. Both were filed in response to the Court's Order, Dkt. 159, requiring Harris to

16   contact defense counsel regarding trial dates and other pre-trial matters, and to keep the

17   defense and the Court up to date on Harris's whereabouts.

18        Harris's supplemental report asserts that he tried to contact the defense, but they

19   would not take his calls. Dkt. 165 at 1. The defense asserts that Harris did not contact

20   them. Dkt. 163. This is consistent with Harris's frequent change of addresses and the

21   wave of documents that have been returned to the Court as undeliverable. Harris's most

22

ORDER - 1

1   recent change of address form, Dkt. 164, does not include a phone number and it is not

2   clear that defendants have Harris's phone number, or that he has a phone.

3       In any event, the parties both agree to have the case heard in Tacoma, before a jury

4   drawn from the Tacoma Division. The Court will therefore not send the case to Seattle

5   for trial.

6       Harris's request for an expedited trial is, again, **DENIED**. *See* Dkts. 165 and 159.

7   The trial date is **June 10, 2025**. The clerk will issue a new scheduling order based on that

8   date and on the parties' separate status reports, Dkts. 163 and 165.

9       Harris's request for the appoint of legal counsel is redundant, and it is **DENIED**.

10  The Court already granted such a request, and located and appointed pro bono counsel.

11  That counsel subsequently withdrew, with no objection from Harris. The Court's pro

12  bono committee has been unable to locate replacement counsel. Harris may wish to seek

13  legal assistance through the Racial Justice & Police Misconduct Clinic. Here is a link to

14  the Clinic's "complaint form": RJPMC Complaint Form | NAACP Vancouver.

15      The trial date is unlikely to change, whether Harris obtains counsel or not. Harris

16  will continue to keep the defense and the Court apprised of his contact information

17  including his address.

18      **IT IS SO ORDERED**.

19      Dated this 18th day of November, 2024.

20

21  _____

22  BENJAMIN H. SETTLE
    United States District Judge

ORDER - 2