UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER WILLIAM HARRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE PEREZ,<br><br>　　　　　Defendant. | CASE NO. C21-1335 BHS<br><br>ORDER |

THIS MATTER is before the Court on its own motion, following its prior orders regarding the appointment of pro bono counsel to represent plaintiff Christopher William Harris in this matter. The Court **APPOINTS**

>Gregory David Zacharia
>Connelly Law Offices PLLC
>2301 N 30th St
>Tacoma, WA 98403
>253-593-5100

 as counsel for plaintiff Harris, pursuant to the Plan and Rules of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions.

ORDER - 1

Counsel should file and serve a Notice of Appearance within seven days. If plaintiff prevails, appointed counsel may move for an award of attorneys' fees under any applicable authority. The Court cannot assure counsel of compensation from any other source. The Clerk shall send a copy of this order to Harris at his current address, and to counsel for defendant Perez.

**IT IS SO ORDERED**.

Dated this 3rd day of December, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge