UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER WILLIAM HARRIS,

Plaintiff,

v.

JOSE PEREZ,

Defendant.

CASE NO. C21-1335 BHS

ORDER

THIS MATTER is before the Court on its review of the parties' respective responses, Dkts. 188 and 189, to the Court's minute order regarding a trial date, Dkt. 185, and on defendant Perez's motion to dismiss for failure to prosecute, Dkt. 186.

Plaintiff Harris has apparently been charged in an unrelated criminal case. Perez argues that this 2021 case arising from a 2019 incident should be dismissed for failure to prosecute, Dkt. 186 at 4–10 (citing Fed. R. Civ. P. 41(b); *In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994)). He also asserts that due to Harris's ongoing criminal charges, no trial may be scheduled.

ORDER - 1

Harris responds that the case was stayed at defendant's request, and that he is ready to go to trial notwithstanding the new charges. Dkt. 190. He asks for a trial date any time after the first week of August 2026. Dkt. 189.

The Court agrees that the case should not be continued further for the new criminal charges, and that it should not be dismissed for failure to prosecute under the circumstances. The motion to dismiss, Dkt. 186, is **DENIED**.

The case is set for trial on August 25, 2026.

The clerk shall issue a scheduling order regarding pretrial deadlines.

**IT IS SO ORDERED**.

Dated this 15th day of June, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2